# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 23, 2021

## NO. 03-19-00494-CV

**Hassan Dandachli, Appellant**

**v.**

**Active Motorwerks, Inc. and Mario Garcia, Appellees**

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
### OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on May 17, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the portion of the court's judgment denying the award of attorney's fees to appellant. Therefore, the Court reverses the trial court's judgment on the issue of attorney's fees and remands the case to the trial court for further proceedings consistent with this Court's opinion. The Court further finds that there was no reversible error in the remainder of the court's judgment and affirms all portions of the judgment other than the court's ruling on attorney's fees. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.